# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2021

Bridget M. McCormack,
Chief Justice

162934(48)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STEVEN M. GURSTEN and MICHIGAN
AUTO LAW, PC,
      Plaintiffs-Appellants,

v

SC: 162934
COA: 352225
Oakland CC: 2019-171503-NO

JOHN DOE 1, also known as TOM MAHLER,
JOHN DOE 3, also known as MARCELLUS
FRANCIS and VICTOR LANDON, SR.,
JOHN DOE 4, also known as VEGAN4 LIFE
and ARIELLE HIPPIE GIRL, and
JOHN DOE 5, also known as STOP EATING
ANIMALS,
      Defendants,
and

JOHN DOE 2, also known as PATRICK
ANDERSON,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of the defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on July 8, 2021, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2021



Clerk